IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RAMONA RACHEL CRAIG, | § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | 1:24-CV-1537-RP |
| COMMISSIONER OF SOCIAL SECURITY, | | |
| Defendant. | | |

### **ORDER**

Before the Court is the report and recommendation from United States Magistrate Judge Susan Hightower concerning Plaintiff Ramona Rachel Craig's ("Plaintiff") Complaint pursuant to 28 U.S.C. § 1915(e), (Dkt. 1). (R. & R., Dkt. 6). Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, Judge Hightower issued her report and recommendation on January 23, 2025. (*Id.*). Plaintiff timely filed objections to the report and recommendation on February 5, 2025. (Objs., Dkt. 7).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Plaintiff timely objected to each portion of the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so and for the reasons given in the report and recommendation, the Court overrules Plaintiff's objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the Report and Recommendation of the United States Magistrate Judge, (Dkt. 6), is **ADOPTED**. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 1915(e) for failure to exhaust her administrative remedies.

The Court will enter final judgment by separate order.

**IT IS FURTHER ORDERED** that the Clerk's Office mail a copy of this Order to Plaintiff via certified mail.

**SIGNED** on February 7, 2025.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE